IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL L. WEATHERSPOON,
    Plaintiff,

vs.                                            Case No.  3:06cv55/EMT

BAPTIST HOSPITAL, INC.,
    Defendant.

_____/

**O R D E R**

       Pending before the court is Defendant's motion for summary judgment, memorandum of law, and supporting documentation (Docs. 46, 47).  Plaintiff shall be given an opportunity to respond to the motion upon being advised of the procedural rule and legal standard governing summary judgment motions.

       Plaintiff is advised that in preparing his response to the motion for summary judgment, he should file and serve affidavits and any other documents or materials required by Fed. R. Civ. P. 56 and Local Rule 56.1(A).  In opposing a motion for summary judgment Plaintiff is the nonmoving party, and as Plaintiff he is the party with the burden of proof.  Summary judgment should be granted "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(c).  The rule does not require the party seeking summary judgment to submit evidence <u>negating</u> the opposing party's claim, but instead to demonstrate ("<u>with or without supporting affidavits</u>") that the Rule 56(c) standard is satisfied.  <u>Celotex Corporation v. Catrett</u>, 477 U.S. 317, 323, 106 S. Ct. 2548, 2554, 91 L. Ed. 2d 265 (1986).  Rule 56(e) permits opposition to summary judgment by any of the evidentiary materials listed in Rule 56(c) <u>except</u> the mere pleadings themselves.  106 S.Ct. at 2553.  Affidavits

offered in support of or in opposition to summary judgment must be based on personal knowledge, set forth facts as would be admissible as evidence, and demonstrate that the affiant is competent to testify to the matters asserted.  Fed. R. Civ. P. 56(e).

Accordingly, it is **ORDERED**:

1. Within **THIRTY (30) DAYS** from the date of this order, Plaintiff shall file a response to Defendant's motion for summary judgment (Docs. 46, 47).

2. Failure to comply with this order may result in a recommendation of dismissal for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 8th day of November 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**